# EXHIBIT 2



## LICENSE AGREEMENT

This license agreement ("**Agreement**") is made and entered into this 23rd day of May, 2023 (the "**Effective Date**"), by and among, on the one hand, SABER INTERACTIVE INC., a corporation with offices at 2200 N. Ocean Boulevard, #CU4 Fort Lauderdale, FL 33305 ("**Licensee**"), NATIONAL FOOTBALL PLAYERS ASSOCIATION, a non-profit entity with offices at 1133 20th Street NW, Washington, D.C. 20036 ("**NFLPA**") together with its for-profit subsidiary NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED, a corporation with offices at 1133 20th Street NW, Washington, D.C. 20036 ("**NFLPI**") and ONETEAM PARTNERS, LLC, a limited liability company with offices at 1901 L Street, NW, 7th Floor, Washington D.C. 20036 ("**OneTeam**" and, together with NFLPI, "**Licensor**"). Each of OneTeam, NFLPI, NFLPA and Licensee is a "**Party**" and collectively, the "**Parties**."

5/23/2023





















12



10. ██████████████████████ **DISPUTE RESOLUTION.**



B.  <u>Dispute Resolution</u>.  If any dispute arises relating to either Party's rights or obligations under this Agreement, and the Parties are unable to resolve the dispute in the ordinary course of business, Licensor and Licensee will use good-faith efforts to resolve the matter in accordance with this <u>Section 10(B)</u>.  If the Parties are unable to resolve such dispute after using good-faith efforts, then the dispute shall be finally resolved by binding arbitration in accordance with the Comprehensive Arbitration Rules and Procedures of J.A.M.S., and judgment on the arbitration award may be entered in any court having jurisdiction thereof.  The arbitration shall be conducted by a panel of three (3) neutral persons experienced in intellectual property licensing and product distribution and shall be held in New York, New York, or in a place otherwise mutually agreed by the Parties. Either Party may apply to the arbitrators for interim injunctive relief until the arbitration award is rendered or the controversy is otherwise resolved and may, without waiving any remedy under this Agreement, seek from any court having jurisdiction any injunctive or provisional relief necessary to protect the rights or property of that Party pending the arbitration award.  The arbitrators shall have no authority to award damages prohibited hereunder.  Unless otherwise awarded by the arbitrators, each Party shall bear its own costs and expenses and an equal share of the arbitrators' and any administrative arbitration fees.  Except to the extent necessary to confirm an award or as may be required by applicable laws, rules and regulations, neither a Party nor an arbitrator may disclose the existence, content, or results of an arbitration without the prior written consent of the other Party.  In no event shall arbitration be initiated after the applicable New York statute of limitations. In any action, suit, arbitration or proceeding arising out of or related in any way to this

Agreement, each Party, by execution and delivery of this Agreement, expressly and irrevocably consents to the service of any complaint, summons, notice or other process by delivery thereof to it by hand or by any other manner provided for in Section 11(I).  IN ADDITION, EACH PARTY HEREBY EXPRESSLY AND IRREVOCABLY WAIVES ANY CLAIM OR DEFENSE IN ANY SUCH ARBITRATION OR PROCEEDING BASED ON ANY ALLEGED LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, FORUM NON CONVENIENS OR ANY SIMILAR DOCTRINE OR THEORY.  EACH PARTY HEREBY IRREVOCABLY WAIVES ANY AND ALL RIGHT TO TRIAL BY JURY IN ANY PROCEEDING ARISING OUT OF OR RELATED TO THIS AGREEMENT OR THE TRANSACTIONS CONTEMPLATED HEREBY.

## 11. MISCELLANEOUS.

A.  Other Definitions.

■  ████████████████████████████████████████████████████
████████

ii.  "**Confidential Information**" means the existence and terms of this Agreement and all information relating to the other Party, provided or made available by the other Party, that is designated as confidential or that, given the nature of the information and/or the circumstances surrounding its disclosure, reasonably should be considered as confidential.

■  ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████

■  ████████████████████████████████████████████████████
████ ████ ████ ████ █████████ ████ ██████ █████ ██
████████████████████████████████████████████████████
██████████████████████████

■  ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████ ████ ████ █████ █████ ████ ████ █████ █ ██
██████████████████████████████

■  ████████████████████████████████████████████████████
████████████████████████████

■  ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████

■  ████████████████████████████████████████████████████



D.  <u>Confidentiality; Privacy</u>. Except as otherwise expressly set forth herein, neither Party may disclose or make available any Confidential Information without the prior written consent of the other Party. Each Party may disclose Confidential Information to those of its officers, employees, attorneys, agents and professional advisors (and, in the case of Licensor, a board of directors or any NFL Player) that have a need to know such information and are bound by confidentiality obligations no less restrictive that those set forth herein. This Section 11(D) shall not limit or restrict NFLPI's ability to, directly or indirectly, disclose Confidential Information in connection with any transaction involving a loan, debt financing, security interest, sale, purchase, or assignment of this Agreement, the Licensed Materials, or any other rights granted hereunder.  Each Party will protect and keep confidential the Confidential Information, using at least reasonable care and at least the same degree of care as such Party would use with its own confidential information of a similar nature.  The receiving Party will use Confidential Information solely as reasonably necessary to perform its obligations and/or enforce its rights under this Agreement and for no other purposes. The receiving Party may disclose Confidential Information to the extent necessary to comply with applicable law or legal process, provided that the receiving Party will give the disclosing Party prompt notice thereof and facilitate and comply with any protective order imposed on such disclosure.  The receiving Party shall promptly notify the disclosing Party in writing upon learning

of any unauthorized use or disclosure of Confidential Information.  Upon request of the other Party, or upon any expiration or termination of this Agreement, each Party will return to the other all materials, in any medium, which contain, embody or reference any Confidential Information of the other Party; provided, however that the receiving Party may retain copies of Confidential Information, subject to the confidentiality requirements herein, to the extent required by the receiving Party's record retention policies or to the extent necessary to comply with legal and/or regulatory requirements.  Notwithstanding the return of Confidential Information, each Party will continue to be bound by its obligations of confidentiality under this Agreement. The foregoing confidentiality obligations shall not apply to the extent that the receiving Party can demonstrate that any information (i) is or becomes publicly available without breach of this Agreement; (ii) was rightfully known by the receiving Party at the time of disclosure hereunder; (iii) is received from a third party, without confidentiality restrictions, which had the right to make such disclosure; or (iv) is independently developed by the receiving Party without reference to or use of any Confidential Information. If necessary, the Parties shall seek a court order to make this provision effective. Licensee shall not engage in any unauthorized use of, or disclose to any third parties, any personal or personally identifiable information relating to NFL Players (other than information specifically embedded in the Licensed Materials), and Licensee shall destroy all such NFL Player-related information upon any expiration or termination of this Agreement. Without limiting the foregoing, Licensee (including its employees and agents) shall not disclose to any third parties any personal information relating to Players, including without limitation, telephone number(s), address(es), or any information that is not generally available to the public.  Any improper use of such Player information may result in immediate termination of this Agreement.



DocuSign Envelope ID: B936253B-BE0B-4151-944E-315D0FC4B0AE

**[SIGNATURE PAGE FOLLOWS.]**

NOW, THEREFORE, in consideration of the foregoing and the mutual covenants and agreements contained herein, Licensor and Licensee, intending to be legally bound, hereby execute this Agreement on the date(s) set forth below and agree as set forth in this Agreement:

**NFL PLAYERS INCORPORATED**

By: _____

Name: Steven Scebelo

Title: President

Date: 5/24/2023

**NFL PLAYERS ASSOCIATION**

By: _____

Name: Teri Smith

Title: Chief Operating Officer

Date: 5/25/2023

**ONETEAM PARTNER, LLC**

By: _____

Name: Malaika Underwood

Title: CEO

Date: 5/23/2023

**SABER INTERACTIVE INC.**

By: _____

Name: Matt Karch

Title: CEO

Date: 5/23/2023

19

██████

| ██ | ██ | ███████ |
|---|---|---|
| ██████████ | | ████████ |
| █████████ | | ████████████████ |
| ██████████ | | ████████ |
| ████████████ | | █████████ |
| █████████ | | ██████████████████ ██ |
| ███████████ | | ██████████████████ ██ |
| ████ | | █████████████████ |
| ████ | | █████████████████ ██ |
| █████ | | █████████████████ ██ |
| ██ | | ████████████████████ ███████████████ |
| █████████████ | | █████████████████ ████████ |
| █████████ | | ██████ |
| ███████████ | | █████████████████ ████████ |

**Exhibit B**

**Exhibit C**