JUDGE CASTEL

AO 440 (Rev. 06/12) Summons in a Civil Action

26 CV 05911

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| National Football League Players Association and National Football League Players Incorporated<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>Saber Interactive Inc.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Saber Interactive Inc., 2200 N Ocean Blvd, CU4, Fort Lauderdale, FL 33305, US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David L. Greenspan, Winston Taylor LLP, 200 Park Ave, New York, NY 10166, (212) 294-6700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Tammi M. Hellwig

Date:  JUL 13 2026   _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-05911-PKC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Saber Interactive Inc.

was received by me on *(date)*        07/13/2026                    .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I served the Summons, Petition with Exhibits 1-3, Civil Cover Sheet, two Rule 7.1
Disclosures, Judge P. Kevin Castel's and Magistrate Judge Barbara Moses' Individual
Rules, S.D.N.Y. ECF Rules, and Consent to Proceed Before US Magistrate Judge form,
upon Saber Interactive Inc. c/o Patrick Bonner by email on consent on July 14, 2026.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00     .

I declare under penalty of perjury that this information is true.

Date:    07/15/2026                                        /s/ David L. Greenspan
                                                    *Server's signature*

                                              David L. Greenspan, Partner
                                                  *Printed name and title*

                                              200 Park Ave, New York, NY 10166

                                                    *Server's address*

Additional information regarding attempted service, etc: