**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION AND NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED,<br><br>     Petitioners,<br><br>   v.<br><br>SABER INTERACTIVE INC.,<br><br>     Respondent. | Case No. 1:26-cv-05911-PKC<br><br>**NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD** |

PLEASE TAKE NOTICE that, upon the Declaration of David L. Greenspan and the exhibits thereto and the Memorandum of Law in support of the Motion to Confirm Arbitration Award, as well as the Petition to Confirm an Arbitration Award (ECF No. 1), Petitioners National Football League Players Association and National Football League Players Incorporated will move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for an Order confirming an arbitration award, awarding Petitioners their attorneys' fees and costs incurred in pursuing this action, and awarding such other and further relief as the Court deems just and proper.

Dated:  July 24, 2026

Respectfully submitted,

**WINSTON TAYLOR LLP**

*/s/ David L. Greenspan*
David L. Greenspan
Sarah L. Viebrock
Neha Vyas
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
david.greenspan@winstontaylor.com
sarah.viebrock@winstontaylor.com
neha.vyas@winstontaylor.com

*Counsel for Petitioners NFLPA and NFLPI*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 24, 2026, a true and correct copy of the foregoing, along with the Declaration of David L. Greenspan, Exhibits 1-4 thereto, and the Memorandum of Law in support of the Motion to Confirm an Arbitration Award, were filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record, and were sent to Respondent Saber Interactive Inc. via email pursuant to an agreement with Saber's counsel.

*/s/ David L. Greenspan*
David L. Greenspan
