**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION AND NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED,<br><br>Petitioners,<br><br>v.<br><br>SABER INTERACTIVE INC.,<br><br>Respondent. | Case No. 1:26-cv-05911-PKC<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE EXHIBIT IN REDACTED FORM** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion for Leave to File Exhibit in Redacted Form, the Declaration of Matthew Curtin dated August 4, 2026, and the Declaration of David L. Greenspan dated August 4, 2026 and the exhibit thereto, Petitioners National Football League Players Association and National Football League Players Incorporated will move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an Order granting Petitioners leave to file an exhibit in redacted form pursuant to Federal Rule of Civil Procedure 5.2(d) and in accordance with the Court's Rule 5(B) of its Individual Practices in Civil Cases.

The Court has reviewed the redacted and unredacted versions of the License Agreement (the "LA") through the lens of the common law presumption of access. The LA has become a "judicial document" because of the petitioners' submission of it in support of their petition to confirm. The presumption is strong. The Court has also considered the qualified First Amendment right of access. It has also considered whether there is a higher value worthy of protection. In this case sensitive licensing information, including royalty rates and licensing protections, that would likely cause harm to petitioners if known to competitors or others seeking a licensing arrangement. The redactions are narrowly tailored to achieve that purpose. Motion to seal (ECF 23) is provisionally GRANTED. SO ORDERED.

P. K. Castel, U.S.D.J.
8-18-26