**WINSTON TAYLOR**

200 Park Avenue
New York, NY 10166-4193
+1 (212) 294-6700

**DAVID L. GREENSPAN**
Partner
(212) 294-4616
david.greenspan@winstontaylor.com

August 28, 2026

Sealing provisionally granted.
SO ORDERED
[signature], USDJ
11-9-2026

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

***Re:*** ***National Football League Players Association et al. v. Saber Interactive Inc.*** **(Case No. 1:26-cv-05911-PKC) – Motion for Leave to File Redacted Exhibit to Petitioners' Reply Memorandum of Law in Further Support of Motion to Confirm Arbitration Award and Cross-Respondents' Opposition to Saber's Cross-Motion to Vacate Arbitration Award**

Dear Judge Castel,

Pursuant to Section 5.B of the Court's Individual Rules and Practices, Petitioners National Football League Players Association and National Football League Players Incorporated (collectively, "NFLPA/PI") and Cross-Respondents NFLPA, NFLPI, and OneTeam Partners, LLC ("OneTeam" and, together with NFLPA and NFLPI, "Cross-Respondents") request leave to file a redacted version of an exhibit to the Supplemental Declaration of David L. Greenspan in Further Support of Petitioners' Motion to Confirm Arbitration Award and in Support of Cross-Respondents' Opposition to Saber's Cross-Motion to Vacate Arbitration Award ("Supplemental Greenspan Declaration").

Cross-Respondents seek to redact information that this Court has already determined warrants sealing under governing sealing standards. *See* Dkt. No. 45 (finding "[i]n this case sensitive licensing information" identified by NFLPA/PI in the parties' License Agreement "would likely cause harm to petitioners if known to competitors or others seeking a license arrangement" and provisionally granting motion to seal); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006).

Specifically, Cross-Respondents seek permission to redact monetary amounts from Exhibit 1 to the Supplemental Greenspan Declaration, which is a copy of the wire transfers received by OneTeam from Respondent Saber Interactive Inc. ("Saber") on May 5 and 6, 2026. These wire transfers contain discrete payment amounts reflecting Minimum Guarantee and Marketing Commitment amounts from the License Agreement that are redacted from the public version of

Case 1:26-cv-05911-PKC Document 62 Filed 11/09/26 Page 2 of 2



the License Agreement in accordance with the Court's order (*see* Dkt. No. 26-1 (under seal) at 3; Dkt. No. 27-1 (redacted) at 3). Cross-Respondents seek only to seal these discrete amounts.[1]

As this Court has already recognized, the proposed redactions are "narrowly tailored to achieve th[e] purpose" of "protect[ing]" the "higher value" of preventing the "likely [] harm to petitioners" that would result if this and other "sensitive licensing information" were publicly disclosed. Accordingly, Cross-Respondents respectfully submit that good cause exists to grant their motion for leave to file a redacted exhibit.

Respectfully submitted,

*<u>/s/ David L. Greenspan</u>*

David L. Greenspan
Sarah L. Viebrock
Neha Vyas
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
david.greenspan@winstontaylor.com
sarah.viebrock@winstontaylor.com
neha.vyas@winstontaylor.com

*Counsel for Petitioners NFLPA and NFLPI and Cross-Respondents NFLPA, NFLPI, and OneTeam*

---

[1] Cross-Respondents also redacted information pursuant to Section 5.A of the Court's Individual Rules and Practices and Federal Rule of Civil Procedure 5.2.